FILED
July 6, 2005
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Case No. Mag 05-0189 KJM |
| Plaintiff, | ) | |
| v. | ) | ORDER FOR RELEASE OF |
| | ) | PERSON IN CUSTODY |
| Sean R. Penney, | ) | |
| | ) | |
| Defendant. | ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release Sean R. Penney Case No. Mag 05-0189 KJM from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

__ Release on Personal Recognizance

__ Bail Posted in the Sum of _____

X   $200,000 Unsecured Appearance Bond signed by deft's parents today to be replaced by $200,000 appearance bond secured by real property within 3 weeks

__ Appearance Bond with 10% Deposit

__ Appearance Bond with Surety

__ Corporate Surety Bail Bond

X   (Other) PTS conditions/supervision, including condition that the defendant have no contact with potential witnesses in this case

Issued at  Sacramento, CA  on July 6, 2005  at  2:55 p.m.

By _____
Kimberly J. Mueller
United States Magistrate Judge