1  MCGREGOR W. SCOTT
   United States Attorney
2  MATTHEW D. SEGAL
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2708

5

6

7              IN THE UNITED STATES DISTRICT COURT

8            FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,    )    CASE NO. MAG 05-189 KJM
                                )
11            Plaintiff,        )
                                )
12    v.                        )    STIPULATION AND ORDER TO
                                )    EXTEND TIME FOR PRELIMINARY
13 SEAN RICHARD PENNEY,         )    EXAMINATION AND EXCLUDE TIME
                                )
14            Defendant.        )
   _____)
15

16      The parties agree that time beginning July 26, 2005 and

17 extending through August 23, 2005 should be excluded from the

18 calculation of time under the Speedy Trial Act.  Further, the

19 Defendant consents to an extension of the time for preliminary

20 examination until August 23, 2005.  Fed. R. Crim. P. 5.1(d).  The

21 parties submit that the ends of justice are served by the Court

22 excluding such time, so that they may have reasonable time

23 necessary for effective preparation, taking into account the

24 exercise of due diligence.  18 U.S.C. § 3161(h)(8)(B)(iv).  In

25 particular, the time is required so that the government and

26 defense may study the facts of this case, and evaluate a possible

27 pre-indictment disposition.  The parties submit that this

28 interest of justice outweighs the interest of the public and the

                                1

defendant in a speedy filing of an indictment or information, in accordance with Title 18, § 3161(b) and (h)(8)(A), and further that this good cause outweighs the public's interest in the prompt disposition of criminal cases, in accordance with Fed.R.Crim.P. 5(d).

The parties further request that this matter be taken off calendar until August 23, 2005, or such time as either party may request a hearing for a purpose other than preliminary examination.

Respectfully Submitted,

McGREGOR W. SCOTT
United States Attorney

DATE: July 19, 2005          By:   /s/ Matt Segal
                                   MATTHEW D. SEGAL
                                   Assistant U.S. Attorney

DATE: July 19, 2005                /S/ Caro Marks by MDS
                                   CARO MARKS
                                   Federal Defender

**SO ORDERED.**

DATED:  July 20, 2005.

_____
UNITED STATES MAGISTRATE JUDGE