MCGREGOR W. SCOTT
United States Attorney
MATTHEW D. SEGAL
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2708

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. MAG 05-189 KJM |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | STIPULATION AND ORDER TO |
| ) | EXTEND TIME FOR PRELIMINARY |
| SEAN RICHARD PENNEY, ) | EXAMINATION AND EXCLUDE TIME |
| ) | |
| Defendant. ) | |
| _____) | |

The parties agree that time beginning August 23, 2005 and extending through August 30, 2005 should be excluded from the calculation of time under the Speedy Trial Act.  Further, the Defendant consents to an extension of the time for preliminary examination until August 30, 2005.  Fed. R. Crim. P. 5.1(d).  The parties submit that the ends of justice are served by the Court excluding such time, so that they may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(8)(B)(iv).  In particular, the time is required so that the government and defense may study the facts of this case, and evaluate a possible pre-indictment disposition.  The parties submit that this interest of justice outweighs the interest of the public and the

1

defendant in a speedy filing of an indictment or information, in accordance with 18 U.S.C. § 3161(b) and (h)(8)(A), and further that this good cause outweighs the public's interest in the prompt disposition of criminal cases, in accordance with Fed. R. Crim. P. 5(d).

The parties further request that this matter be taken off calendar until August 30, 2005, or such time as either party may request a hearing for a purpose other than preliminary examination.

Respectfully Submitted,

McGREGOR W. SCOTT
United States Attorney

DATE: August 19, 2005        By:   /s/ Matt Segal
                                   MATTHEW D. SEGAL
                                   Assistant U.S. Attorney


                                    /s/ by Mark Reichel for
DATE: August 19, 2005
                                   MATTHEW BOCKMAN
                                   Federal Defender


**IT IS SO ORDERED.**

DATED: August 19, 2005.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/penney0189.stipord

2